UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                              Civil No. 15-13766

        Plaintiff,          Honorable Robert Cleland

vs.

TWELVE THOUSAND ONE HUNDRED
EIGHTY SIX DOLLARS ($12,186.00)
IN U.S. CURRENCY, et al;

        Defendants *in Rem*.
_____/

## STIPULATION AND ORDER TO STAY CIVIL FORFEITURE PROCEEDING

Plaintiff, the United States of America, by and through United States Attorney Barbara L. McQuade, and Assistant United States Attorney Paul A. Kuebler, and Claimants, Mohamad Karim Altabba, individually and as President of Behavioral Infermiera Care Solutions, Inc., by and through his attorney, David Griem, and Mamoun Dabbagh, M.D., by and through his attorney, Kristina Joseph, (collectively, "the Parties"), hereby acknowledge that there is an ongoing criminal investigation related to this civil forfeiture case, and stipulate to the entry of an order for a stay of the above-captioned civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g)(1), or alternatively, 18 U.S.C. § 981(g)(2), on the grounds that

continuation of the civil proceeding may negatively impact one or more Parties in the manner described in the cited statutes; and that the stay continue for a period of 90 days from the date this order is entered, or until further order of the Court.

BARBARA L. McQUADE
United States Attorney

S/ PAUL A. KUEBLER
PAUL A. KUEBLER
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9641
paul.kuebler@usdoj.gov
(NY 4268561)

Dated: February 2, 2016

S/ DAVID GRIEM
DAVID GRIEM
Attorney for Claimant Mohamad Karim Altabba, individually and as President of Behavioral Infermiera Care Solutions, Inc.,
21 Kercheval Ave., Suite 363
Grosse Pointe Farms, MI 48236
(313) 962-8600
davidgriemlaw@gmail.com
(P23187)

Dated: February 2, 2016

S/ KRISTINA JOSEPH
KRISTINA JOSEPH
Attorney for Claimant Mamoun Dabbagh, M.D.
21 Kercheval Ave., Suite 363
Grosse Pointe Farms, MI 48236
(313) 962-8600
Kjoseph.griemlaw@gmail.com
(P79668)

Dated: February 2, 2016

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Civil No. 15-13766

   Plaintiff,       Honorable Robert Cleland

vs.

TWELVE THOUSAND ONE HUNDRED
EIGHTY SIX DOLLARS ($12,186.00)
IN U.S. CURRENCY, et al;

   Defendants *in Rem*.
_____/

## ORDER TO STAY
## CIVIL FORFEITURE PROCEEDING

This matter having come before the Court on the Government and Claimants' stipulation, and the Court being fully advised in the premises;

IT IS HERBY ORDERED that this case shall be stayed for a period of 90 days from the date this order is entered, or until further order of the Court.

             s/Robert H. Cleland
            HONORABLE ROBERT CLELAND
            United States District Court

Dated: February 4, 2016