UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                        Plaintiff,

Civil No. 15-13766
Honorable Robert Cleland

vs.

TWELVE THOUSAND ONE HUNDRED EIGHTY SIX DOLLARS ($12,186.00) IN U.S. CURRENCY; NINETEENTH-CENTURY FRENCH EMPIRE STYLE HARP; 1960 FRENCH STYLE BRONZE ORMOLU AND MARBLE CLOCK; SEVEN (7) ASSORTED PAINTINGS; FOUR (4) ASSORTED METALLIC SCULPTURES; THIRTY FOUR (34) ASSORTED CRYSTAL GLASS VASES AND FIGURINES; EIGHT (8) ASSORTED SCULPTURES/FIGURINES;

                        Defendants *in Rem*.

_____/

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO STRIKE THE ANSWER OF CLAIMANT MAMOUN DABBAGH AND FOR ENTRY OF DEFAULT JUDGMENT AND PARTIAL ORDER OF FORFEITURE AS TO CERTAIN DEFENDANTS *IN REM*

This matter having come before the Court on Plaintiff's Unopposed Motion to Strike the Answer of Claimant Mamoun Dabbagh and for Entry of Default Judgment and Final Order of Forfeiture as to Certain Defendants *in Rem*, and the Court being fully advised in the premises, now, therefore:

IT IS HEREBY ORDERED that the Plaintiff's Motion to Strike the Answer of Claimant Mamoun Dabbagh and for Entry of Default Judgment and Final Order of Forfeiture as to Certain Defendants *in Rem* is GRANTED.

The right, title, and ownership interests of Mamoun Dabbagh and that of all other persons, and their successors and assigns, in the following defendants *in rem*:

    a.       Nineteenth-Century French Empire Style Harp;

    b.       1960 French Style Bronze Ormolu and Marble Clock;

    c.       Seven (7) Assorted Paintings;

    d.       Four (4) Assorted Metallic Sculptures;

    e.       Thirty Four (34) Assorted Crystal Glass Vases and Figurines;

    f.       Eight (8) Assorted Sculptures/Figurines;

are hereby and forever extinguished, and clear title to the defendants *in rem* is hereby vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service is hereby AUTHORIZED to dispose of the defendants *in rem* according to law.

                                                      S/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated:   August 22, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 22, 2016, by electronic and/or ordinary mail.

        S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522